HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> MAMIYA AMERICA CORPORATION, d/b/a MAC GROUP, <br><br> Defendant. | Case No. 2:19-cv-01340-BJR <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> <u>**NOTE ON MOTION CALENDAR:**</u> <br> September 17, 2019 <br><br> **JURY TRIAL DEMANDED** |

Plaintiff National Products Inc. ("NPI") and defendant Mamiya America Corporation d/b/a MAC Group ("MAC Group"), by and through their undersigned counsel of record, hereby stipulate and agree as follows.

MAC Group was served with the Summons and Complaint on August 28, 2019 and its response to the Complaint is currently due on September 18, 2019. MAC Group has requested a 30-day extension of the time for MAC Group to answer or otherwise respond to the Complaint. With the requested extension, the new deadline for MAC Group to answer or otherwise respond to the Complaint would be October 18, 2019. NPI does not oppose the requested extension.

Accordingly, the parties respectfully request that the Court enter the requested 30-day extension for MAC Group to respond to the Complaint, up to and including October 18, 2019.

STIPULATION TO EXTEND TIME - 1 -
Case No. 2:19-CV-01340-BJR

Dated: September 17, 2019

Respectfully submitted,

FENWICK & WEST LLP

By: *s/David K. Tellekson*
David K. Tellekson, WSBA No. 33523
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: dtellekson@fenwick.com
jmcmichael@fenwick.com
jkaempf@fenwick.com

*Attorney for Plaintiff
National Products Inc.*

Dated: September 17, 2019

Respectfully submitted,

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC

By: *s/John D. Denkenberger*
John D. Denkenberger, WSBA No. 25907
1201 Third Avenue, Ste. 3600
Seattle, WA 98101
Telephone: 206.682.8100
Facsimile: 206.224.0779
Email: john.denkenberger@cojk.com

*Attorney for Defendants Mamiya America Corporation, d/b/a MAC Group*

STIPULATION TO EXTEND TIME
Case No. 2:19-CV-01340-BJR
- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# ORDER

IT IS HEREBY ORDERED:

The requested extension of time to respond to the Complaint is GRANTED. Defendant shall answer or otherwise respond to the Complaint by October 18, 2019.

DATED this 18th day of September, 2019.

*(signature)*
Hon. Barbara J. Rothstein
United States District Judge

Presented by:

FENWICK & WEST LLP

*s/David K. Tellekson*
David K. Tellekson, WSBA No. 33523
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email:  dtellekson@fenwick.com
jmcmichael@fenwick.com
jkaempf@fenwick.com

*Attorney for Plaintiff
National Products Inc.*

STIPULATION TO EXTEND TIME - 3 -
Case No. 2:19-CV-01340-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511