HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MAMIYA AMERICA CORPORATION, d/b/a MAC GROUP,<br><br>    Defendant. | Case No. 2:19-cv-01340-BJR<br><br>**STIPULATED MOTION AND ORDER FOR REVISED BRIEFING SCHEDULE ON DEFENDANT'S PETITION FOR ATTORNEYS' FEES** |

Pursuant to the Court's Standing Order for Civil Cases (Dkt. No. 12), Plaintiff National Products Inc. ("NPI") and Defendant Mamiya America Corporation, d/b/a MAC Group ("MAC Group") submit this stipulated motion for a revised briefing schedule regarding MAC Group's Petition for Attorneys' Fees (Dkt. No. 32, "Petition").

The current deadline for NPI to respond to MAC Group's Petition is June 8, 2020. NPI has requested, and MAC Group does not oppose, a three-week extension of this deadline, up to and including June 29, 2020. NPI submits that good cause exists for the requested extension. Although the parties are currently involved in the early stages of litigation in the United States District Court for the Southern District of New York, the parties are presently engaging in discussions regarding potential settlement of the dispute. The parties believe that a three-week extension of the briefing schedule will help facilitate meaningful settlement discussions in light of

STIP. MTN FOR REVISED BRIEFING SCHEDULE
Case No. 2:19-CV-01340-BJR

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

the burden and expense of further motion practice, and further may avoid the necessity of the Court considering and ruling upon a motion in this case, which is closed.

Accordingly, the parties respectfully request that the Court extend the deadline for NPI to file its response to the Petition, up to and including June 29, 2020.

Dated: May 26, 2020

Respectfully submitted,

FENWICK & WEST LLP

By: *s/Jonathan T. McMichael*
David K. Tellekson, WSBA No. 33523
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: dtellekson@fenwick.com
jmcmichael@fenwick.com
jkaempf@fenwick.com

*Attorneys for Plaintiff*
*NATIONAL PRODUCTS INC.*

STIP. MTN FOR REVISED
BRIEFING SCHEDULE                  - 2 -
Case No. 2:19-CV-01340-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | | |
|---|---|---|
| 1 | Dated: May 26, 2020 | CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC |
| 2 | | |
| 3 | | By: *s/John D. Denkenberger* |
| 4 | | John D. Denkenberger (WSBA No. 25907)<br>1201 Third Ave., Ste. 3600 |
| 5 | | Seattle, WA 98101-3268<br>Telephone: 206.682.8100 |
| 6 | | Facsimile: 206.224.0779<br>Email: john.denkenberger@cojk.com |
| 7 | | |
| 8 | | LEASON ELLIS LLP |
| 9 | | By: *s/Yuval H. Marcus* |
| 10 | | Yuval H. Marcus (admitted *pro hac vice*)<br>Lori L. Cooper (admitted *pro hac vice*) |
| 11 | | One Barker Avenue, Fifth Floor<br>White Plains, NY 10601-1526 |
| 12 | | Telephone: 914.821.9075<br>Facsimile: 914.288.0022 |
| 13 | | Email: marcus@leasonellis.com<br>cooper@leasonellis.com |
| 14 | | *Attorneys for Defendant*<br>*MAMIYA AMERICA CORPORATION,* |
| 15 | | *d/b/a MAC GROUP* |

STIP. MTN FOR REVISED
BRIEFING SCHEDULE                    - 3 -
Case No. 2:19-CV-01340-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

## ORDER

This matter is before the Court on the parties' Stipulated Motion for Revised Briefing Schedule on Defendant's Petition for Attorneys' Fees ("the Stipulated Motion"). The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT NPI shall file its response to the Petition on or before June 29, 2020.

SO ORDERED this 27th day of May, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: *s/Jonathan T. McMichael*
    David K. Tellekson, WSBA No. 33523
    Jonathan T. McMichael, WSBA No. 49895
    Jessica M. Kaempf, WSBA No. 51666
    1191 Second Avenue, 10th Floor
    Seattle, WA  98101
    Telephone: 206.389.4510
    Facsimile:  206.389.4511
    Email:      dtellekson@fenwick.com
                jmcmichael@fenwick.com
                jkaempf@fenwick.com

*Attorneys for Plaintiff*
*NATIONAL PRODUCTS INC.*

STIP. MTN FOR REVISED
BRIEFING SCHEDULE                - 4 -
Case No. 2:19-CV-01340-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE 206.389.4510
FACSIMILE   206.389.4511